IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA           *

vs.                                *           Case No. 24-cr-00241-GLR

LAWRENCE SMITH                     *

                                   *

******

### ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __Maggie Grace__, and the Government was represented by Assistant United States Attorney __LaRai Everett__, it is

**ORDERED**, this __24__ day of October, 2024, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
J. Mark Coulson
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement